**0**   **6696**

WITHDRAWN
AND NOT
REISSUED